

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2016

No. 04-16-00395-CV

Matthew **PERDUE** and Team 1 Consulting, LLC,
Appellants

v.

Jay D. **PFEIFER** and CCNBI, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07859
Honorable Renée Yanta, Judge Presiding

# O R D E R

Team 1 Consulting LLC's third motion for an extension of time to file its brief is GRANTED. The brief is due on **October 5, 2016**. No further extensions will be granted.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2016.

_____
Keith E. Hottle
Clerk of Court